UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF NEW YORK
_____

JAMES PETERMAN; and CYNTHIA
PETERMAN

        Plaintiff,

 vs.

UNITED STATES OF AMERICA,

        Defendant.
_____

5:04-CV-1454
(NAM/DEP)

APPEARANCES             OF COUNSEL:

Bottar, Leone Law Firm         Michael Scott Porter, Esq.
120 Madison Street          Lauren H. Seiter, Esq.
Suite 1600
MONY Tower II - 16th Floor
Syracuse, NY 13202
*Attorneys for Plaintiff*

Office of the United States Attorney     William F. Larkin, Esq.
100 South Clinton Street
Syracuse, NY 13261-7198
*Attorney for Defendant*

**Hon. Norman A. Mordue, Chief U.S. District Judge**

**JUDGMENT DISMISSING ACTION BY REASON OF SETTLEMENT**

    Pursuant to the notice of settlement filed on December 6, 2007, by Assistant U.S. Attorney William Larkin, that the parties have entered into an agreement in settlement of all claims in this action, and that they reasonably anticipate finalizing their agreement shortly, following which this action will be discontinued, with prejudice, by stipulation pursuant to Rule 41(a)(1)(ii) of the Federal Rules of Civil Procedure.  Based upon this development, I find that it is not necessary for this action to remain on the court's active docket.

    It is therefore hereby

ORDERED that:

1. The above-captioned case is hereby **DISMISSED** in its entirety **without prejudice** to re-opening upon the motion of any party within thirty (30) days of the date of the filing of this order upon a showing that the settlement was not consummated;

2. The dismissal of the above-captioned case shall become **with prejudice** on the thirty-first day after the date of the filing of this order <u>unless</u> any party moves to re-open this case within thirty (30) days of the date of the filing of this order upon a showing that the settlement was not consummated; and

3. The Clerk shall forthwith serve this Judgment upon the attorneys for the parties appearing in this action by electronic mail.

**IT IS SO ORDERED.**

DATED: December 7, 2007
    Syracuse, New York

_____
Norman A. Mordue
Chief United States District Court Judge